KATSUNORI IKEOKA AND ONAMI IKEOKA *v.*
JOHN H. KONG AND BANK OF HAWAII AND
FIRST NATIONAL BANK OF HAWAII.

No. 4269.

November 18, 1963.

Tsukiyama, C.J., Cassidy, Wirtz,
Lewis and Mizuha, JJ.

*Per Curiam.* The petition for rehearing overlooks the
finding of fact made by the trial judge that the seller had
unequivocally accepted the Agreement of Sale presented
by the broker; that he had cashed the check for $5,000
covering the deposit and paid one-half or $2,500 to the
broker on account of his commission. As we held in our
opinion that this finding could not be disturbed as "clearly
erroneous," it is dispositive of the petition. The petition
for rehearing is denied without argument.

Cassidy and Lewis, JJ., having dissented from the
majority in the original opinion, do not concur in the
denial of the petition.

*Walter G. Chuck* and *Albert W. Evensen* for the peti-
tion.